■ J. ANTHONY CAPPUCCILLI et al., Respondents, v E. RICH-

ARD WITHEY, JR., et al., Appellants.—Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Aronson, J.H.O. (Appeal from Judgment of Supreme Court, Onondaga County, Aronson, J.H.O.—Negligence.) Present—Callahan, J. P., Green, Pine, Lawton and Davis, JJ.